*Messrs. J. M. McCormick* and *Paul Carrington* for petitioner. *Mr. Walter F. Seay* for respondent.

---

No. 987. JOHN DEFORE *v.* THE PEOPLE OF THE STATE OF NEW YORK. March 15, 1926. Petition for writ of certiorari to the Court of General Sessions, New York County, State of New York, denied. *Mr. James Marshall* for petitioner. *Messrs. Felix C. Benvenga* and *Joab H. Banton* for respondent.

---

No. 1020. GERALD CHAPMAN *v.* H. K. W. SCOTT. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ray M. Wiley* for petitioner. *Mr. Hugh M. Alcorn* for respondent.

---

No. 238. DUREZ COMPANY, INC. *v.* BAKELITE CORPORATION. On writ of certiorari to the Circuit Court of Appeals for the Second Circuit. March 15, 1926. Dismissed with costs, per stipulation of counsel. *Messrs. George E. Cruse* and *Alan L. Lane* for petitioner. *Messrs. Charles Neave* and *Charles H. Potter* for respondent.

---

No. 650. DORA E. ROOKER AND WILLIAM V. ROOKER *v.* FIDELITY TRUST COMPANY AND FIDELITY TRUST COMPANY, AS TRUSTEE OF THE ESTATE OF DORA E. ROOKER. See *ante,* p. 633.

---

No. 997. DOROTHY FERGUSON *v.* DISTRICT OF COLUMBIA. See *ante,* p. 633.

---

No. 971. MARCELLA DE CASTRO, LAWFUL WIFE AND HEIR, *v.* ANTONIA FERNANDEZ, AS ADMINISTRATRIX AND AS

100569°—26——42

CLAIMANT GOOD FAITH WIFE AND HEIR, AMADA DE LOS REYES, AS CLAIMANT HEIR, ET AL. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. C. L. Bouve* and *A. Warren Parker* for petitioner. No appearance for respondents.

---

No. 976. GANO LEE, AN INCOMPETENT PERSON, BY HIS GUARDIAN AND NEXT FRIEND, JOHN F. EGAN *v.* MARCH OIL COMPANY. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Messrs. Tom D. McKeown, Joseph C. Stone,* and *Charles A. Moon* for petitioner. *Mr. Thomas D. Lyons* for respondent.

---

No. 977. SALINA LAND *v.* MARCH OIL COMPANY. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Tom D. McKeown* for petitioner. *Mr. Thomas D. Lyons* for respondent.

---

No. 979. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS AND AGENT APPOINTED BY THE PRESIDENT UNDER SECTION 206(A) OF THE TRANSPORTATION ACT 1920, *v.* OSWALD & TAUBE, A PARTNERSHIP COMPOSED OF HENRY OSWALD AND ARTHUR G. TAUBE. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the State of Ohio denied. *Messrs. George Hoadly* and *Edward Colston* for petitioner. *Mr. Alfred Bettman* for respondent.

---

No. 980. MARY C. BOLAND, ROSE M. McAULIFFE, EMMA PAIRO, ET AL. *v.* ELIZABETH C. HILL, MARY A. McCARTHY, ELIZABETH DOLAN, ET AL. March 22, 1926. Petition for writ of certiorari to the Court of Appeals of the District